UST-32, 3/03

Dale Ulrich
Chapter 7 Panel Trustee
1934 E Camelback Road, Ste 120-615
PHOENIX, AZ 85016

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| URBAN, DONALD C | ) | Case No. <u>11-15327</u> |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s). | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

Field 61, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 102 | 1/27/2021 | Donald Urban<br>1865 N Higley Road, #1024<br>Mesa, AZ  85205 | $4,907.41 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $0.00 to the Clerk of the Court to be deposited in the Registry thereof.

| 5/4/2021 | /s/ DALE D ULRICH |
|---|---|
| DATE | Dale Ulrich, TRUSTEE |