
# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| URBAN, DONALD C | ) | Case No. 11-15327 |
| | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| Debtor(s). | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS HEREBY ORDERED that the Trustee pay over the amount $4,907.41 to the Clerk of the Court to pursuant to Bankruptcy Rule 3010, and §347 of the Code.

DATED AND SIGNED ABOVE